**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

**LYNN KASSEM,**

    **Plaintiff,**

v.                                                                                                           **Case No: 5:15-cv-623-Oc-30PRL**

**MATT MARTIN, DEBI CONNOR, DC
SALES & ENTERTAINMENT, LLC and
DC SALES AND MARKETING, LTD**

    **Defendants.**

## ORDER

This matter is before the Court on Defendants' motion (Doc. 21) seeking to redact and replace composite exhibit "A" to their joint motion to quash third party subpoenas and motion for protective order and motion for payment of expenses (Doc. 20) because they inadvertently failed to redact bank account information.

Upon due consideration, Defendants' motion (Doc. 21) is **GRANTED**. The Clerk shall remove from the docket Composite Exhibit "A" from Doc. 20 and replace it with Composite Exhibit "A" attached to the instant motion.

In addition, the Court will conduct a **HEARING** on Defendants' joint motion to quash third party subpoenas and motion for protective order and motion for payment of expenses (Doc. 20) at **10:00 a.m.** on **March 2, 2016** at the United States Courthouse, Courtroom 1A, 207 NW Second Street, Ocala, Florida. Plaintiff shall file a response to the motion on or before **5:00 p.m**. on **February 29, 2016**.

**DONE** and **ORDERED** in Ocala, Florida on February 24, 2016.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties