UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO.: 5:15-cv-623-Oc-30PRL

LYNN KASSEM,

      Plaintiff,

v.

MATT MARTIN, a/k/a
WILLIAM MATTHEW MARTIN
d/b/a MATT MARTIN SALES, individually, and
DEBI CONNOR a/k/a
DEBORAH CONNOR  d/b/a DEBI CONNOR SALES,
Individually, and
DC SALES & ENTERTAINMENT, LLC,
a Florida limited liability company, and
DC SALES & MARKETING, LTD, a
foreign corporation,

      Defendants.
_____/

**PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

Pursuant to Rules 15(a)(2), 15(d)  and 16(b) and the October 14, 2016 Order of the Court [DE 50], Plaintiff brings the within Motion for Leave to Amend the Complaint.  As grounds for this Motion, Plaintiff states as follows:

1. Discovery has been continuing in this matter and facts revealed in the recent depositions of Defendants reveal that the Complaint should be amended to conform the pleading to the facts revealed.  Rule 15(b)(2).

2. Additional transactions, occurrences and events have occurred since the filing of the initial Complaint that Supplemental Pleadings.  As well, the amendments to the factual allegations, which reflect the transactions and information revealed during the recent depositions of Defendants, address several of the Affirmative Defenses of Defendants.

1

> On motion and reasonable notice, the court may, on just terms, permit a party to serve a supplemental pleading setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented. The court may permit supplementation even though the original pleading is defective in stating a claim or defense. The court may order that the opposing party plead to the supplemental pleading within a specified time. Rule 15(d).

3. The amendments proposed will not expand the case, but instead will narrow the issues and remove certain legal claims from issue within the case and will correct a limited number of typographical errors. Rule 16(b).

4. No additional parties or legal claims are being asserted in the proposed amendment.

5. Plaintiff's counsel has previously discussed the need for amendment with counsel for the Defendants, who have not been previously adverse to amendment. There has been no undue delay, bad faith or dilatory motive on Plaintiff's part.

6. The proposed First Amended Complaint is therefore attached hereto, together with a proposed form of Order.

7. Plaintiff consents to a reasonable time for the Defendants to respond thereto if she is granted leave to file.

8. Should the Court desire, a more expansive Memorandum of Law can be filed by Plaintiff in support of the within Motion. However, for the economy of the parties and the Court Plaintiff respectfully requests the Court dispense with such requirement.

WHEREFORE, Plaintiff Lynn Kassem respectfully requests the Court grant her leave to amend the Complaint and deem the proposed First Amended Complaint filed as of the date of any Order granting this Motion.

Respectfully submitted,

CHAPMAN LAW GROUP, PLC

*Avery S. Chapman*
AVERY S. CHAPMAN, ESQ.
FBN # 517321
12008 South Shore Boulevard
Suite 107
Wellington, Florida 33414
Tel. (561) 753-5996
Fax (561) 753-9966
asc@chapmanlawgroup.net

**Counsel for Plaintiff Lynn Kassem**

### Certificate of Service

I HEREBY CERTIFY that on the date appearing on the first page of this document, I electronically filed the foregoing with the document with the Clerk of the Court using the CM/ECF filing system, which will then serve all counsel of record or pro se parties on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*Avery S. Chapman*
Avery S. Chapman, Esq.

Michael Siboni, Esq.
Siboni, Hamer & Buchanan
1900 SE 18th Avenue, Suite 300
Ocala, FL 34471
msiboni@sbtrial.com

Renee E. Thompson, Esq.
Mateer Harbert
7 East Silver Springs Boulevard, Ste 500
Ocala, FL 34470
rthompson@mateerharbert.com