# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**LYNN KASSEM,**

    **Plaintiff,**

**v.**                                                                                                                   **Case No: 5:15-cv-623-Oc-30PRL**

**MATT MARTIN, DEBI CONNOR, DC**
**SALES & ENTERTAINMENT, LLC and**
**DC SALES AND MARKETING, LTD**

    **Defendants.**

## ORDER

This matter is before the Court on Defendants' joint motion to stay discovery. (Doc. 151). In light of Defendants' pending motions seeking serious sanctions against Plaintiff and her counsel, Avery Chapman (Docs. 139, 140), the Court finds that a stay of the case is appropriate until these motions are resolved. There is presently no dispute that Plaintiff had access, through her daughter's phone, to Defendant Connor's personal email for a period of time before and after this litigation was filed. There's also no dispute that Plaintiff informed her counsel's law office, by way of communicating with its paralegal, about the access. While Plaintiff reports this access was benign (through affidavit and deposition testimony), there is record evidence (both in the form of testimony and images of messages) that suggests otherwise and is at odds with her, and her daughter's, sworn testimony. The parties and counsel will have an opportunity to present evidence and be heard.

Accordingly, at this time Defendants' motion (Doc. 151) is **GRANTED** to the extent that all case deadlines (except for mediation) are stayed, the pretrial conference is canceled, and the case is removed from the March 2018 trial term. After resolving the pending motions (Docs. 139,

140) the Court will address, if necessary, case scheduling. Based on the stay, Plaintiff's motion to compel the production of bank records (Doc. 144) is **terminated**, without prejudice to reopen if a new schedule is set.

An evidentiary hearing on the sanctions motions, which Plaintiff has responded to, will be set by separate order.

**DONE** and **ORDERED** in Ocala, Florida on November 6, 2017.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties