UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

LYNN KASSEM,

    Plaintiff,

v.                                                                Case No: 5:15-cv-623-Oc-30PRL

MATT MARTIN

    Defendant.

## Order

This matter is before the Court on motions filed related to the upcoming sanctions hearing. (Docs. 164, 165). The hearing is currently scheduled for January 8-9, 2018. At the request of the parties, the Court will also reserve the morning of January 10, 2018.

Upon due consideration, the parties joint motion for disclosure of hearing exhibits (Doc. 164) is **GRANTED**. Pursuant to the parties' agreement, on or before January 4, 2018, the parties shall disclose to each other a list of all exhibits they intend to use at the hearing. The parties shall confer on or before January 5, 2018 to address any issues concerning the exhibits.

Plaintiff shall file a response to Defendant Matt Martin's expedited motion to review the content of Nicole Imbriglio's email account (Doc. 165) on or before **December 18, 2017**.

**DONE** and **ORDERED** in Ocala, Florida on December 15, 2017.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties